DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSE LUIS DEL TORO, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3390

_____

June 26, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Jose Luis Del Toro, Jr., pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and KELLY, JJ., Concur.

Opinion subject to revision prior to official publication.